IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD AGUILAR, et al.    ) | |
| ) | |
| ) | |
| Plaintiffs,    ) | |
| ) | |
| vs.    ) | Case No. 4:14-cv-00985 |
| ) | |
| PNC BANK, N.A.,    ) | |
| ) | |
| Defendant.    ) | |

**DEFENDANT'S PARTIAL MOTION TO DISMISS COUNTS IV-IX
OF PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant PNC Bank, N.A. moves to dismiss Count IV (Aiding and Abetting Fraud); Count V (Aiding and Abetting Breach of Fiduciary Duty); Count VI (Breach of Fiduciary Duty); Count VII (Conspiracy to Breach Fiduciary Duties); Count VIII (Negligence); and Count IX (Conspiracy to Violate RICO 18 U.S.C. §1962(d)) for failing to state a claim upon which relief can be granted. Concurrently filed herewith, and incorporated herein, is PNC Bank, N.A's Memorandum of Law in Support of said Motion.

Dated: September 3, 2014     Respectfully submitted,


        By:     s/Randal K. Mullendore

Joseph P. Conran, E.D. Mo. #21635MO
Randal K. Mullendore, E.D. Mo. #40889MO
Catherine A. Lewandowski, E.D. Mo. #61112MO
Elizabeth A. Bozicevic, E.D. Mo. #59623MO
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Main: 314.480.1500
Fax: 314.480.1505

*Attorneys for PNC Bank, N.A.*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this 3rd day of September, 2014, via the court's electronic filing system, to:

Jonathan F. Andres
GREEN JACOBSON, P.C.
7733 Forsyth Blvd., Suite 700
St. Louis, MO 63105

Sebastian Rucci
LAW OFFICE OF SEBASTIAN RUCCI
401 E. Ocean Blvd., Suite 1240
Long Beach, CA 90802


           s/Randal K. Mullendore

SLC-7314874-1