UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD AGUILAR, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:14-cv-985-LRR |
| vs. | ) | |
| | ) | |
| PNC BANK, N.A., | ) | Judge: Honorable Linda R. Reade |
| | ) | (Chief Judge N. Dist. Iowa) |
| Defendant. | ) | |
| | ) | |

**REQUEST ORAL ARGUMENTS ON DEFENDANT'S MOTION TO DISMISS**

COME NOW, Plaintiff and request oral arguments on defendants Motion to Dismiss:

Pursuant to E.D. Mo. Local Rule 78-4.02(A) "The Court may in its discretion order oral argument on any motion." Briefing on PNC Bank's Motion to Dismiss was completed today, and it appears to Plaintiff that oral argument may assist this Court in resolving the various issues raised by PNC Bank in its brief and reply brief. Arguments, can assist the court in addressing any outstanding issues, especially defendants repeated disregard for the detailed allegations and the case law which supports the claims arising from the detailed allegations.

WHEREFORE, Plaintiff requests oral arguments on defendants Motion to Dismiss.

Respectfully submitted,　　　　　　　　　　Respectfully submitted,

GREEN JACOBSON, P.C.　　　　　　　　　　LAW OFFICES OF SEBASTIAN RUCCI

/s/ Jonathan F. Andres　　　　　　　　　　/s/ Sebastian Rucci
Jonathan F. Andres (E.D. Mo. 39531MO)　　Sebastian Rucci (E.D. Mo. 178114CA)
7733 Forsyth Boulevard, Suite 700　　　　401 E. Ocean Blvd., Suite 1040
St. Louis, MO 63105　　　　　　　　　　　Long Beach, CA 90802
Tel: (314) 862-6800　　　　　　　　　　　Tel: (330) 720-0398
Email: andres@stlouislaw.com　　　　　　Email: SebRucci@gmail.com
Attorney for Plaintiffs　　　　　　　　　Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2014 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system and parties may access this filing through the Court's Case management/Electronic Case Files (CM/ECF) found on the internet at https://ecf.moed.uscourts.gov.

/s/ Sebastian Rucci
Sebastian Rucci (E.D. Mo. 178114CA)