## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| RICHARD AGUILAR, *et al.*, )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>PNC BANK, N.A., )<br>)<br>Defendant. )<br>) | Case No. 4:14-cv-985-LRR<br><br>Judge: Honorable Linda R. Reade<br>(Chief Judge N. Dist. Iowa) |

**SUPPLEMENT TO MOTION TO RELEASE GRAND JURY DOCUMENTS TO DEFENDANT**

COME NOW, Plaintiffs and supplement their prior motion (docket no. 39) to release to PNC Bank, grand jury material secured in *Rosemann v. Sigillito*, 10-cv-1165 (ED Mo):

Pursuant to this Courts instructions (docket no. 40), plaintiffs counsel notified Assistant United States Attorney Richard Finneran of plaintiffs request to release grand jury material secured in *Rosemann v. Sigillito*, and AUSA Richard Finneran responded back: "We've talked it over and ***have no objection***." The email is attached as an exhibit.

WHEREFORE, Plaintiffs seek permission to release grand jury material secured in *Rosemann v. Sigillito* to PNC Bank, and for permission to use that material in this case.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| GREEN JACOBSON, P.C. | LAW OFFICES OF SEBASTIAN RUCCI |
| /s/ Jonathan F. Andres | /s/ Sebastian Rucci |
| Jonathan F. Andres (E.D. Mo. 39531MO) | Sebastian Rucci (E.D. Mo. 178114CA) |
| 7733 Forsyth Boulevard, Suite 700 | 401 E. Ocean Blvd., Suite 1040 |
| St. Louis, MO 63105 | Long Beach, CA 90802 |
| Tel: (314) 862-6800 | Tel: (330) 720-0398 |
| Email: andres@stlouislaw.com | Email: SebRucci@gmail.com |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2015 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system and parties may access this filing through the Court's Case management/Electronic Case Files (CM/ECF) found on the internet at https://ecf.moed.uscourts.gov.

/s/ Sebastian Rucci
Sebastian Rucci (E.D. Mo. 178114CA)