

## Notice of Request to Re-release of Grand Jury Material in Sigillito Case

**Finneran, Richard (USAMOE)** <Richard.Finneran@usdoj.gov>

Wed, Jan 7, 2015 at 11:35 AM

To: Sebastian Rucci <sebrucci@gmail.com>
Cc: Jonathan Andres <Andres@stlouislaw.com>

Sebastian, thanks. We've talked it over and have no objection. Hope your New Year is off to a good start.

Richard E. Finneran

richard.finneran@usdoj.gov

(314) 539-2183

**From:** Sebastian Rucci [mailto:sebrucci@gmail.com]
**Sent:** Monday, January 05, 2015 2:29 PM
**To:** Finneran, Richard (USAMOE)
**Cc:** Jonathan Andres
**Subject:** Notice of Request to Re-release of Grand Jury Material in Sigillito Case

Richard,

I hope that you are doing well and wish you all the best in 2015. I am continuing in my quest for civil litigation against the various entities that aided Sigillito. I have multiple cases pending before Judge Reade and last week I filed to turn over copies of the grand jury material that we secured with court approval in a cases against St. Louis Bank and in a separate case against PNC Bank (copies attached). Judge Reade instructed me to serve the United States Attorneys Office of the motion. Attached are copies of Judge Reade's orders in the regard. The motions are self explanatory, if you prefer service other than this email please let me know. Also, if you have no objections let me know and I will inform the court in a supplemental filing. If you need to reach me please call me at 330-720-0398 at your convenience.

Thank you.

Sebastian