# DECLARATION OF CO-COUNSEL
## IN SUPPORT OF MOTION TO COMPEL THIRD PARTY DISCOVERY

I, Sebastian Rucci, declare under penalty of perjury as follows:

1.  This declaration is made in support of Plaintiffs' Motion to Compel Third Party Discovery. I am co-counsel for the plaintiffs in *Aguilar v. PNC Bank*, 4-cv-985-LRR. I commenced my involvement in this and parallel cases in April 2010. During the past five years, I have reviewed over one million pages of documents concerning Martin Sigillito and the British Lending Program. I have personal knowledge that the records identified below are genuine and state the facts identified herein.

2.  PNC Bank, in response to Plaintiffs' Amended Complaint states in paragraph 130 of its Answer: "PNC admits that Allegiant Bank advised its counsel upon becoming suspicious of the activity in Sigillito's accounts." (docket no. 33 at ¶ 130). In paragraph 131 of its Answer "PNC admits that Allegiant Bank advised its counsel upon becoming suspicious of the activity in Sigillito's accounts and that counsel investigated the matter." (Id. at ¶ 131). In paragraph 375 of its Answer "PNC admits that Allegiant Bank became suspicious of activity in Sigillito's accounts [in early October 2001]." (Id. at ¶ 375).

3.  The paragraphs which follow describe the information available during the investigation of Sigillito's bank records. IOLTA deposits coincide with IOLTA withdrawals on the same date and with a check memo that is easily attributed to a BLP customer. Similarly, when IRA funds are wired to Brown, the payment of fees to Sigillito by Brown are easily traced to the IRA customer by the memo on the check.

## BLP LOANS DO NOT PROVIDE FOR ANY UP-FRONT FEES

4.  Allegiant records show that loan agreements between the English borrower, Mark Gilbert Morse, and the plaintiffs do not disclose that up-front fees are deducted from the loan. BLP loan agreements held by Allegiant for IRA customers, show that Betty Womack invested $56,715.19 in the BLP from her IRA. (Exhibit H-1). The Womack loan agreement does not disclose the payment of any fees. (*Id.*) All other loan agreements are similar and do not disclose the payment of up-front fees.

5. Records show that on February 9, 2001, Sigillito sent a letter to Richard Markow which enclosed a memorandum from Scott Brown in reference to the "Bosse Trust." (Exhibit 2). Brown's memo included a statement Kevin Cooper which confirmed that the BLP "charges no up-front fees." (Exhibit H-2 pg. 7).

6. Bank records show that Sigillito deposited cash investments directly into his Allegiant account, fund for IRAs were sent to Brown. Bank records shows that Lewis Vollmar's BLP loan for his IRA was wired by Allegiant to Scott Brown's account at Bank of Blue Valley for investment in the BLP. (Exhibit H-3).

7. Bank records from Jan Alonzo, Allegiant's outside counsel, show that Allegiant wired money to Brown numerous times from the IRAs of its customers who invested in the BLP. The letter confirms that Allegiant "wired funds to J. Scott Brown" plaintiffs Lewis Vollmar, Linda Givens, David Caldwell and Wanda Lavender. (Exhibit H-4).

### SIGILLITO'S IOLTA CONFIRMS THE DIVERSION OF FIDUCIARY FUNDS

8. Sigillito's IOLTA bank records show that Sigillito would deposit funds intended for investment in the BLP into his IOLTA and pay undisclosed fees to himself and his associates from these fiduciary funds.

9. Sigillito's IOLTA bank records show that on May 29, 2001, Sigillito deposited $1,506,574 into his IOLTA account from the Bosse Trust. (Exhibit H-5). Two days later Sigillito wrote a check to himself for $165,000 as undisclosed fees, and the check memo states "Bosse fee." (*Id.*) The balance of $1,335,000 was sent to Scott Brown's company. The check memo stated: "Bosse Trust Proceeds." (*Id.*)

10. Sigillito's IOLTA bank records show that on February 7, 2001, Winifred Leonard loaned $40,000 to the BLP by issuing a check payable to Allegiant Bank. On February 12, 2001, Sigillito issued IOLTA Check #514 for $3,200 to himself ($40,000 loan x 8%). The check memo stated "Leonard Fee." (Exhibit H-6).

11. Sigillito's IOLTA bank records show that on May 16, 2001 Robert Givens loaned $30,000 to the BLP, the check memo stated: "investment." (Exhibit H-7). On May 18, 2001, Sigillito issued IOLTA Check #542 for $2,400 to himself, an amount equal to 8% of the $30,000 Givens loan. The check memo stated "R. Givens fee." (*Id.*)

12.  Sigillito's IOLTA bank records show that check memos of many IOLTA checks during the first half of 2001 show that Sigillito received up-front fees: IOLTA Check #514 for $3,200 ("Leonard Fee") (2-12-01); IOLTA Check #530 for $2,800 ("Yarberry Fee") (4-02-01); IOLTA Check #531for $4,000 ("Milsap Fee") (4-23-01); IOLTA Ck #542 for $2,400 ("Givens Fee") (5-18-01); IOLTA Ck #546 for $165,000 ("Bosse Fee") (5-31-01); IOLTA Ck #551 for $8,626 ("Cwiakala Fee") (6-14-01). (Exhibit H-8).

13.  Sigillito's IOLTA bank records show that Sigillito diverted many up-front fees out of fiduciary funds from his IOLTA for payments to Kevin Cooper. During the first seven months in 2001 Cooper received IOLTA Check #508 for $3,500 (2-02-01); IOLTA Check #511 for $1,576 (2-06-01); IOLTA Check #533 for $5,000 (4-27-01); and IOLTA Check #555 for $4,465 (7-03-01). (Exhibit H-9).

## SIGILLITO'S IOLTA CONFIRMS THE DIVERSION OF FIDUCIARY FUNDS

14.  Allegiant bank records of Sigillito's IOLTA show that Allegiant made a loan to Stanley Cwiakala for investment in the BLP and that funds deposited by Allegiant directly into Sigillito's IOLTA were misappropriated by Sigillito as undisclosed fees. Sigillitos' IOLTA bank records show that in June 2001, Allegiant transferred $107,828.20 from Stanley Cwiakala's loan from Allegiant (loan no. 364099) into Sigillito's IOLTA for investment in the BLP. (Ex. H-10 pg 1). Sigillitos IOLTA records show that he paid himself undisclosed fees of $8,626 on the Cwiakala loan intended for investment in the BLP (*Id*. pg. 2).

15.  Records show that Sigillito deposited investor funds into his IOLTA and paid interest owed existing investors from his IOLTA. Records show that Margaret Price loaned $114,536 to the BLP and her loan provided for monthly interest payments of $1,670.33. Sigillitos' IOLTA bank records show that on February 27, 2001, IOLTA Check #519 for $1,670.33 was paid to Allegiant Bank for payment of the monthly interest on Margaret Price's loan to the BLP. (Exhibit H-11). Sigillitos' IOLTA bank records show that on June 5, 2001, IOLTA Check #549 for $1,670.33 was paid to Allegiant for payment of interest on Margaret Price's loan to the BLP. (*Id*.)

16.  Sigillito's IOLTA bank records show that on April 18, 2001, Allegiant initiated a bank-to-bank transfer for $1,670.33 from Sigillito's IOLTA account directly to Allegiant Bank for payment of interest on Margaret Price's loan to the BLP. (Exhibit H-12).

17. Allegiant bank records of activity in Sigillito's accounts show that each and every IRA loan wired to Scott Brown by Allegiant, also shows that Brown would be diverted by Brown by sending a check to Sigillito for his 8% fee of the loan amount. The date of the deposit and the date of the payments, and the check memos confirm that the fee payments were from the IRAs established at Allegiant.

18. Allegiant bank records of activity in Sigillito's accounts show that Sigillito on May 4, 2001 deposited a check from Brown for $4,537.22 for 8% fee on Betty Womak's $56,715.19 IRA loan for investment in the BLP. (Exhibit H-13).

19. Allegiant bank records of activity in Sigillito's accounts show that Sigillito in May 2001 deposited a check from Brown for $4,160 for fees on Cwiakala's $52,000 loan from Allegiant for investment in the BLP. (Exhibit H-14).

20. Bank records of activity in Sigillito's accounts show that in January 2001, Sigillito deposited numerous fee checks from Scott Brown into his Lawyers Account: Check #1351 for $24,000 for Givens/Smith ("agent fees - Givens/Smith"); Check #1352 fro $24,000 for Givens/Smith ("consulting - Givens/Smith"); Check #1364 for $5,600 for Givens ("Givens, L - IRA 70k -agent's fee"); Check #1363 for $5,600 for BLP investor Givens ("Givens, L - IRA - 70k -consulting"); Check #1366 for $11,200 for Lavender ("Lavender-conulting fee"); Check #1365 for $8,533 for Vollmar ("Vollmar - MGM - consulting"); Check #1341 for $163.30 for Blaylock ("1/3 share - Blaylock"); Check #1349 for $5,600 from Wilkening ("Wilkening - consulting"); Check #1348 for $5,600 from Wilkening ("Wilkening-fees to agent"); Check# 1356 for $1,680.38 from Sugg ("Sugg - consulting fees"); and check no 505 from his IOLTA to himself for $900 from Bosse ("Bosse"). The fees received by each check were from an investment by one of the BLP lenders (Ex. H-15).

21. Allegiant bank records of Sigillito's accounts show that on September 21, 2001 Allegiant made a loan (loan no. xxx-4099) to Doug and Linda Givens for $100,000. On September 27, 2001, Allegiant transferred the $100,000 to Sigillito's IOLTA (no. 040400-7040) intended for investment in the BLP for Doug and Linda Givens. (Exhibit H-16).

# ALLEGIANT BANK BENEFITS FROM DIVERTED FUNDS

22.  Allegiant bank records of activity in Sigillito's accounts show that Doug and Linda Givens took out a loan at Allegiant Bank using the BLP as collateral. On September 28, 2001, Allegiant Bank advanced $100,000 from the loan to Givens' directly to Scott Brown. On September 30, 2002, nine months after Allegiant Bank ousted Sigillito, Allegiant accepted fiduciary funds from Scott Brown for repayment of the $100,000 principal on Allegiant's loan to Doug Givens. (Exhibit H-17).

23.  Allegiant bank records of activity in Sigillito's accounts show interest on Stanley Cwiakala's commercial loan taken out from Allegiant was paid by Scott Brown from the same account that Allegiant wired IRA investor funds. After October 9, 2001 Allegiant accepted 27 payments from Scott Brown for interest payments on Loan Number 364099.

24.  Allegiant bank records of activity in Sigillito's accounts show that the following twenty-seven checks paid to Allegiant by Scott Brown stated in the check memo that interest payment was for Loan Number 364099. Check #1030 (10-10-01) $1781.66; Check #1218 (6-09-03) $578.44; Check #10431 (1-03-01) $693.69; Check #1228 (7-23-03) $485.78; Check #1081 (2-20-02) $1272.12; Check #1229 (8-04-03) $219.35; Check #1090 (4-03-02) $664.49; Check #1233 (8-13-03) $354.33; Check #1101 (5-13-02) $664.32; Check #1236 (9-18-03) $354.34; Check #1126 (8-08-02) $1297.13; Check #1245 (10-20-03) $342.89; Check #1126 (10-22-02) $1272.12; Check #1249 (11-19-03) $354.32; Check #1129 (11-12-02) $646.48; Check #1252 (12-12-03) $342.89; Check #1133 (12-06-02) $584.78; Check #1256 (1-16-04) $354.32; Check #1137 (1-14-03) $578.44; Check #1262 (2-12-04) $354.32; Check #1141 (2-04-03) $578.44Check #1268 (3-22-04) $331.46Check #1206 (3-10-03) $522.45; Check #1269 (4-27-04) $354.32; Check #1208 (4-09-03) $578.44; Check #1276 (5-25-04) $342.89; Check #1213 (5-07-03) $559.78. (Exhibit H-18).

25.  On September 27, 2001, Rudolf Ouwens made a $50,000 investment in the BLP which was deposited into Sigillito's IOLTA account.

26.  I have personal knowledge of all facts stated in this declaration and could competently testify to such knowledge if necessary.

Dated: May 25, 2015

*Sebastian Rucci*

Sebastian Rucci

# TABLE OF EXHIBITS

Exhibit H-1 Womack Loan

Exhibit H-2 Brown BLP memo to Markow

Exhibit H-3 Vollmar Loan Wired to Brown

Exhibit H-4 BLP Funds Wired to Brown

Exhibit H-5 Bosse Loan

Exhibit H-6 Winifred Leonard Fee

Exhibit H-7 Robert Givens Fee

Exhibit H-8 Fees

Exhibit H-9 Cooper Fees

Exhibit H-10 Cwiakala Fee

Exhibit H-11 Price payment

Exhibit H-12 Price payment Transfer

Exhibit H-13 Betty Womak Fee

Exhibit H-14 Cwiakala Fee

Exhibit H-15 Fees

Exhibit H-16 Givens Fees

Exhibit H-17 Givens Repayment

Exhibit H-18 Brown Payments of Givens Interest

# EXHIBIT H-1

Dated this _4th_ day of May 2001

## LOAN AGREEMENT

### BETWEEN:

**ALLEGIANT BANK – CUSTODIAN FOR THE** ~~DOUGLAS R. GIVENS~~
**SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT**
**OF BETTY L. WOMACK** (1)

and

**JOHN LAURENCE MARK**
**JOHN BEDE MORSE** and
**JOHN GEORGE GIBSON** (2)

**Mark Gilbert Morse**
Solicitors
53 Grey Street
Newcastle upon Tyne
NE1 6EE

(0044 191 2610096)

---

**WARNING:**
THIS IS A LEGALLY ENFORCEABLE AGREEMENT.  IF YOU ARE UNSURE AS
TO YOUR LEGAL RIGHTS YOU ARE ADVISED TO TAKE INDEPENDENT
LEGAL ADVICE.

---

# LOAN AGREEMENT

This Agreement is made the ⌃ day of May 2001.

**BETWEEN:**

**ALLEGIANT BANK – CUSTODIAN FOR THE SELF- DIRECTED INDIVIDUAL RETIREMENT ACCOUNT** of **BETTY L. WOMACK**, of 608 South Madison Street, Siloam Springs, Arkansas 72761 U.S.A. **c/o Martin T. Sigillito Esq.,** of Helfrey Simon & Jones PC, 120 South Central Avenue, Suite 1500, St Louis, Missouri 63105, USA (hereinafter referred to as "Betty L. Womack IRA") (1)

and **JOHN LAURENCE MARK, JOHN BEDE MORSE** and **JOHN GEORGE GIBSON** together known as Mark Gilbert Morse of 53 Grey Street, Newcastle upon Tyne, NE1 6EE (hereinafter referred to as "MGM") (2)

1.  Betty L. Womack IRA agrees to lend to MGM the sum of Fifty Six thousand seven hundred and fifteen U.S. Dollars and nineteen Cents ($56715.19) together with interest at seventeen point five per cent (17.5%) per annum.

2.  MGM agrees to repay the sum of Fifty Six thousand seven hundred and fifteen U.S. Dollars and nineteen Cents ($56715.19) together with interest of nine thousand nine hundred and twenty five U.S. Dollars and sixteen Cents ($9925.16) on the ⌃ May 2002.

3.  In the event of MGM failing to repay the sum of Fifty Six thousand seven hundred and fifteen U.S. Dollars and nineteen Cents ($56715.19) and / or failing to repay interest of nine thousand nine hundred and twenty five U.S. Dollars and sixteen Cents ($9925.16) on ⌃ May 2002 interest shall be charged on both the capital and accrued interest at the rate of thirty four per cent per annum (34%) from the date of such default until payment is made in full.

4.     MGM refer to their personal Schedule of Assets and Liabilities attached hereto and marked "The Schedule" and warrants:-

     (a)     that the Schedule is a true, accurate and current statement of their Assets and Liabilities: and

     (b)     hereby undertake not to make any adverse material change with regard to the said Assets and Liabilities without the prior consent in writing of Betty L. Womack IRA

     (c)     that no other party (other than a party disclosed in the Assets and Liabilities Statement) has an interest whether legal equitable or otherwise in the said assets.

5.   MGM undertake forthwith to procure individual policies of life assurance with an insurance company of good repute in a sum not to be less than the amount of the said loan together with interest for a period not less than the term of the loan and that forthwith following issue of the relevant life insurance policy document, that document will be lodged with Mark Gilbert Morse, Solicitors who will hold the same to the order of Betty L. Womack IRA as additional security for, and pending repayment of, the sums advanced by Betty L. Womack IRA herein.

6.   MGM undertake forthwith to procure that a Disability or Critical Care Insurance Policy is effected on John Bede Morse for a sum not to be less than the amount of the said loan plus total accrued compounded interest and that the document will be lodged with Messrs. Mark Gilbert Morse, Solicitors, who will hold the same to the order of Betty L. Womack IRA as

additional security for and, pending repayment of the sums advanced by Betty L. Womack IRA herein.

7. It is confirmed that all liability in connection with this agreement shall be and remain joint and several as between John Laurence Mark, John Bede Morse and John George Gibson.

**SIGNED** as a Deed by the said
**JOHN LAURENCE MARK**
in the presence of:-

A Tomkins
58 Grey Street
Newcastle upon Tyne
(Secretary)

**SIGNED** as a Deed by the said
**JOHN BEDE MORSE**
in the presence of:-

A Tomkins

(As Above)

**SIGNED** as a Deed by the said
**JOHN GEORGE GIBSON**
in the presence of:-

A Tomkins

(As Above)

# MARK, GILBERT, MORSE

## ASSET/LIABILITY POSITION

| | |
|---|---:|
| Partners' capital accounts | 639,750.00 |
| Work in progress in British Coal cases | 11,400,000.00 |
| | 12,039,750.00 |
| **Less:-** | |
| Additional borrowings to fund work in progress | 800,000.00 |
| Net Asset Position | £11,239,750 |

# ASSET AND LIABILITY STATEMENT

**John Laurence Mark**
**36 Wilson Gardens**
**Gosforth**
**Newcastle upon Tyne**

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Property Assets | £370,000 | Property Loans | £60,000 |
| Cash at Bank and Investments | £120,000 | Other Loans | £40,000 |
| Other Assets Including Cars etc. | £115,000 | Other Miscellaneous | £28,000 |
| **Capital Accounts** As per accounts Previously forwarded | £187,970 | | |
| Total | £792,970 | | £128,000 |
| Net Asset Position | £664,970 | | |

# ASSET AND LIABILITY STATEMENT

**John George Gibson**
**16 Akenside Terrace**
**Jesmond**
**Newcastle upon Tyne**

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Property Assets | £350,000 | Property Loans | £155,000 |
| Cash at Bank and Investments | £37,500 | Other Loans | £28,000 |
| Other Assets Including Cars etc. | £180,000 | Other Miscellaneous | £60,000 |
| **Capital Account** As per accounts previously Forwarded | £194,256 | | |
| Totals | £761,756 | | £243,000 |
| Net Asset Position | £518,756 | | |

## ASSET AND LIABILITY STATEMENT

**John Bede Morse**
**East House**
**Riding Mill**
**Northumberland**

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Property Assets | £290,000 | Property Loans | £140,000 |
| Cash at Bank and Investments | £45,000 | Other Loans | £28,500 |
| Other Assets Including Cars etc | £62,000 | Other Miscellaneous | £16,000 |
| Capital Accounts As Per accounts previously forwarded | £257,524 | | |
| Totals | £654,524 | | £184,500 |
| Net Asset Position | £470,024 | | |

# EXHIBIT H-2

# HELFREY, SIMON & JONES, P.C.

DAVID B.B. HELFREY*†
DAVID L. JONES
MICHAEL H. MUSICH†
DAVID F. NEIERS*
PAUL SIMON, JR.*
MICHAEL A. BECKER*
MARK A. GONNERMAN** *
PHILIP C. GRAHAM
HARVEY G. SCHNEIDER*
CARL D. LOTHMAN
JOHN S. McCOLLOUGH*

CLIFFORD L. GOETZ
MARTIN T. SIGILLITO
   OF COUNSEL

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
120 SOUTH CENTRAL AVENUE
SUITE 1500
ST. LOUIS, MISSOURI 63105

(314) 725-9100
FACSIMILE (314) 725-5754

BRENT C. BEUMER
KEVIN J. DAVIDSON*
JOHN C. GRELLNER*
MARK W. HAGEMEISTER*
GARY W. HART††
JEFFREY M. IGOU*
SHAWN P. LEE
EVELYN L. MEHLER
MATTHEW P. O'GRADY
MICHAEL C. SEAMANDS‡*

*ALSO LICENSED IN ILLINOIS
**ALSO LICENSED IN GEORGIA
†ALSO LICENSED IN CALIFORNIA
††ALSO LICENSED IN KANSAS
‡ALSO LICENSED IN FLORIDA

February 9, 2001

**VIA FACSIMILE 636-391-1635 ONLY**

Mr. Richard E. Markow
President
Allegiant Trust Company
15061 Manchester Road
Ballwin, MO   63011

   **Re:  Bosse Trust**

Dear Rich:

   Enclosed is the memorandum from Mr. Brown which I promised you.  I believe that it provides all the information which you will need to bring this matter before the appropriate committee next week.

   If you require any additional information, please feel free to contact me at your convenience.  Many thanks for your help in this matter.

   Very truly yours,

   Martin T. Sigillito

mmm/109812
Enclosure

MS  - 00473

Richard Aguilar et. al. 229791

**MEMORANDUM**
**(via e-mail, Only)**

8th February 2001

To:    Richard Markow, Esq.
       President, Allegiant Trust Company
cc:    Martin T. Sigillito, Esq.
       Helfrey Simon & Jones, PC
re:    Bosse Trust Matters
From: J. Scott Brown

This note addresses issues which as I understand it Mr. Sigillito asked be passed along to you for your consideration.

The crux here relates to the efficacy and propriety of a Trustee's using his sound judgment to consider allocating a part of the Trust's funds for use in the British Real Estate Backed Lending Program. In my view, there are three (3) considerations which need to be addressed in that context:

1.  overall security of the investment
2.  insulation from any currencies risk
3.  benefits or otherwise of diversifying somewhat from current investment planning tools and applications

As will be seen, these issues tend rather to blend one into the other, so no segregation or bright line delineation is necessary for a complete understanding.

The program offered to the Trustees includes:

<u>1) Strictly Enforced Qualifications Upon Borrowers</u>

Lending is only to borrowers whose personal and professional situations are known to and which are to be thoroughly vetted and assessed by Mr. Kevin Cooper and Messrs. Mark Gilbert Morse, Solicitors, ('MGM') both of Newcastle, England.

Mr. Cooper, for one example, is personally and professionally well known to me. He has worked with me on projects for well over 15 years, dating back to when I was based full-time in London. Both Mr. Cooper and MGM have excellent records of skills and accomplishments based upon their scrupulous attention to detail, culling process, honesty, integrity and track records in business.

<u>2) Highly Conservative Loan to Value Ratios</u>

MS - 00474

Richard Aguilar et. al. 229792

Lender-friendly minimum loan to value ratios mean that in no case will any loan even be considered unless the free and clear net assets of the borrower are at least twice the sum of the loan concerned. In the recent past, most often the proportion has worked out to be even more conservative than that, as high as 5 or 6 or 8 to one.

3) British Real Estate Only

The only acceptable security is British real estate or contracts, mortgages, etc. involved with same.

As for one example, only, an immediately available transaction would offer as security the freehold in an hotel in Torquay, Devon, on the English Riviera, where there is unencumbered equity available in the region of Two Million One Hundred Thousand Pounds Sterling (£2,100,000, or at today's rate of exchange, say, $3,032,793).

4) English Law

There is no question of, for one example, any lending involving properties outside England or English Common Law jurisdictions.

When any lender or a Trustee considers the United Kingdom, one benefits from the undeniable historical fact that unlike elsewhere in Europe, one is dealing in a venue where the social, political, juridical and economic environments are stable, uncorrupted and transparent. This is quite unlike the position even across the Channel where even the legal system is non-transparent, at best.

5) No Currencies or Banking Risks

All lending would be denominated in U.S. Dollars. The lender would lend in Dollars, the contract would be written for Dollar sums, and the interest and principle would be repaid in Dollars.

The borrower may incur some risks of the currency movements over time, but he accepts to undertake that risk. The lender does not and need not accept any such risks.

Unlike some other Nations, there is no system of currency Exchange Controls in Britain. There are no other governmental or regulatory impediment or risk factor on the flow of monies such as these. A lender's monies can move freely into and out of the country within the normal international banking system.

6) Competitive Rates of Return

Offered on these loans is a per annum return of fifteen per cent (15%). That figure is for one year, only, as is the term of any loan concerned. The rate is renewable or any lending vehicle is replaceable every twelve months.

Richard Aguilar et. al. 229793

While this percentage may be significant in comparative American terms, such needs to be viewed in the proper perspective not only of the British real estate marketplace but also that of British banking, especially as relates to real estate developers.

For one example, in England, for many months now the property market is soaring ahead by in excess of one per cent (+1%) *per month*. Indeed, according to the Nationwide Building Society, the annual rate of house price inflation accelerated from 16.2% to 17.5% in April this year. At that rate, the averaged increase is 1.485%, per month.

As any seasoned American knows, one can buy into deals in this country which offer returns even higher than these in the UK. The major difference, however, is risk. Here, quite unlike the high-rate, high-risk U.S. deals, one's position as to both capital and interest is well-secured by real estate.

From many years' personal experience, one can assure that British banks are inordinately slow to react and deliver, if not downright slothful. They will review any new lending opportunity in their own time, not that times-scale required by the client, and certainly not one who can assess, negotiate and conclude transactions as quickly as the developer-borrowers who are using this program.

Considering also that the British banks are effectively ready to lend only on periodic tax appraisals as opposed to real free and fair market valuations, one understands the need for supplemental sources of short-term finance.

### 7) Diversification Benefits

If a Trustee were to opt for as little as, say, a one-third (1/3) allocation of the corpus of a Trust to this program, this could have an immediately positive and long-lasting effect not only on the net value of the corpus but on the interests and well-being of the beneficiaries downstream.

For example, Two Hundred Fifty Thousand Dollars ($250,000) invested at Fifteen Per Cent per annum (15%) yields Thirty Seven Thousand Five Hundred Dollars ($37,500) in twelve (12) months time.

Were the original capital sum and the net accumulated first year's interest to be rolled over for another year at the same 15% rate, one has added Eighty Thousand Six Hundred Twenty Five Dollars ($80,625) in net interest to the Trust corpus in only two years. In other words, the uplift amounts to Thirty Two and one-quarter per cent (32.25%) in twenty-four (24) months.

If you have any questions or comments, I would of course be very pleased to speak to you at your convenience. That said, as it happens, I am leaving on a major trip to the UK and Russia on Saturday, 10th February. Mr. Sigillito will have all my contact details for each stop along the way as well as my European mobile telephone number on which I am always available.

Richard Aguilar et. al. 229794

Please note that I have also attached biographical materials on both Mr. Cooper and myself should these prove of interest.

Best regards.

JSB

BosseMarkowMemodraft08.02.01.doc

MS - 00477

Richard Aguilar et. al. 229795

## KEVIN COOPER
### Biographical Summary

A British subject born in England in 1961, Mr. Cooper is a lifetime resident of the North of England. He served his Nation in the Royal Navy, suffered wounds in the course of that service and was honorably discharged with a full pension. Thereafter Mr. Cooper continued to be of service to Her Majesty's Government in other capacities, received several commendations for exemplary service until his return to the private sector many years ago.

He successfully completed Open University courses in Economics, Decision-making in Politics, Psychology and Social Sciences and holds a Bachelor's degree. He has completed all the work for a Ph.D. in Economics save for his dissertation. Studying remains his hobby in his constant effort to remain abreast of things.

Having run his own commercial finance boutique for some 15 years now, Mr. Cooper holds licenses from various regulatory bodies of the United Kingdom in connection with the business with which he is involved. His career has encompassed a very large number of transactions throughout the world. These range across a wide spectrum of disciplines; for example, financing of (a) hotel/conference center projects in the U.S. (one deal exceeded $200-million); (b) aircraft for airlines, (c) real estate construction and development projects in a number of countries, including the former Soviet Union, (d) management buyouts of companies including the very prestigious buyout of the Leucos Glass Company in Murano, Venice, Italy; (e) development of leisure and sports centers, (f) engineering companies, etc.

To the best of his knowledge, Mr. Cooper's firm is the only finance boutique in the world whose remuneration is entirely success-based. His firm charges no up-front fees. It does not insist on any form of exclusivity. Mr. Cooper is confident that the packages that he can put together will always outpace the competition and this has been proven - year in, year out.

Mr. Cooper's forensic accounting skills on behalf of the Secret Service, United States Treasury and the Federal Bureau of Investigations in connection with the defeat of an attempted international terrorism threat have brought him commendations from both agencies for his service to the United States.

Mr. Cooper and his wife, Kate, live in Newcastle-upon-Tyne, England with their three elementary school aged children, the eldest, a daughter, Geraldine, and her two younger brothers, Andrew and Patrick.

Richard Aguilar et. al. 229796

# J. SCOTT BROWN
## Biographical Summary

Born and educated in the U.S., Mr. Brown holds the following degrees: Bachelor of Arts (B.A.), University of Louisville, Louisville, Kentucky; Doctor of Jurisprudence (J.D.), University of Arkansas, Fayetteville; and Master of Laws (LL.M.), University of Missouri-Kansas City. He also studied at the University of Vienna, Austria.

A proficient linguist (fluent in German, lesser varying abilities in Dutch, French, Spanish, Italian and now studying Russian), Mr. Brown has spent the majority of his adult life resident abroad. Until his return to the U.S. five years ago, Mr. Brown spent twenty years practicing globally from a base in London, which is still operational.

His expertise is in international financial and corporate structuring and general international commercial and financial matters in both the public and private sectors.

He has been a guest of and advisor to the Russian Parliament, has worked on major high-profile projects elsewhere in the world, including privatizations in South America and eastern Europe, and acts as lawyer-merchant banker for selected clients in various nations.

For ten years he was an Adjunct Professor of Law at the University of Missouri-Kansas City's Oxford Summer Program for judges and lawyers at St. Edmund Hall College, Oxford University, Oxford, England.

In April 1996, Mr. Brown was appointed to serve as Honorary British Consul, Her Majesty the Queen's Representative for Kansas and Western Missouri.

He and his wife, Amy, have one son, a senior in the School of Journalism and Mass Communications, Drake University, Des Moines.

MS - 00479

Richard Aguilar et. al. 229797

# EXHIBIT H-3

# Trust Company
A Division of Allegiant Bank    Member FDIC
7801 Forsyth Blvd. • Clayton, Missouri 63105

ACCOUNT 196000103    ALLEGIANT BANK CUSTODIAN FOR
THE LEWIS C VOLLMAR, JR. M.D.
SELF-DIRECTED IRA

July 06, 2000 to September 30, 2000
PAGE 3

TRANSACTION STATEMENT

| DATE | DESCRIPTION | INCOME CASH | PRINCIPAL CASH | COST BASIS |
|------|-------------|-------------|----------------|------------|
| 07/06/00 | BEGINNING BALANCES | $ 0.00 | $ 0.00 | $ 0.00 |
| | CASH RECEIPTS | | | |
| 07/06/2000 | RECEIVED FROM CHASE NEW YORK DIRECT ROLLOVER RECD FROM FIDELITY ACCT 304174874 | | 140,000.00 | |
| 07/06/2000 | RECEIVED FROM CHASE NEW YORK DIRECT ROLLOVER RECD FROM FIDELITY A/C 304174882 | | 128,000.00 | |
| 08/01/2000 | INTEREST ON NORTHERN INSTL FUNDS DIVERSIFIED ASSETS PORTFOLIO PAYABLE 08/01/2000 | 139.93 | | |
| 08/21/2000 | RECEIVED FROM FIDELITY INVESTMENTS TRANSFER OF IRA | | 27,213.31 | |
| 09/01/2000 | INTEREST ON NORTHERN INSTL FUNDS DIVERSIFIED ASSETS PORTFOLIO PAYABLE 09/01/2000 | 0.72 | | |
| | TOTAL CASH RECEIPTS | 140.65 | 295,213.31 | |
| | CASH DISBURSEMENTS | | | |
| 07/10/2000 | WIRE TO J SCOTT BROWN ASSOCIATES FOR INVESTMENT PER DIRECTION OF DR LEWIS C VOLLMAR, JR | | 268,000.00- | |
| 08/22/2000 | WIRE TO BANK OF BLUE VALLEY PURSUANT TO MARTIN T SIGILLITO DIRECTION AS AUTHORIZED BY CUSTOMER? | | 27,213.31- | |
| | TOTAL CASH DISBURSEMENTS | 0.00 | 295,213.31- | |

Richard Aguilar et. al. 231315

# EXHIBIT H-4

# THOMPSON COBURN

Thompson Coburn LLP
*Attorneys at Law*

One Firstar Plaza
St. Louis, Missouri 63101-1693
314-552-6000
FAX 314-552-7000
www.thompsoncoburn.com

November 13, 2001

Jan Robey Alonzo
314-552-6002
314-552-7002 (FAX)
EMAIL: jalonzo@
thompsoncoburn.com

**Via Facsimile**

Mr. Thomas W. Jerry
Spencer Fane Britt & Browne, LLP
Clayton Centre, 5th Floor
120 S. Central Avenue
St. Louis, MO 63105

Dear Tom:

We have previously talked about the situations in which investment assets have not been received for self-directed IRA Accounts. I thought it might be helpful to provide you with the enclosed list of the accounts. Please provide a status report regarding these assets.

Very truly yours,

THOMPSON COBURN LLP

By

Jan Robey Alonzo

JRA/ja
Enclosure

1715583

## LIST OF ACCOUNTS

1. Lewis C. Vollmer IRA, wired funds to J. Scott Brown on 4/23/01 in the amount of $19,200.00

2. Carl Lavender Self-Directed IRA, A/C #69005166330, wired funds to J. Scott Brown on 4/27/01 in the amount of $51,272.10

3. Iris Pearson Self-Directed IRA, A/C #69006965334, wired funds to J. Scott Brown on 5/14/01 in the amount of $29,466.00

4. Patricia N. Ambrose Self-Directed IRA, A/C #69000364351, opened 6/5/01, wired funds to J. Scott Brown on 6/22/01 in the amount of $129,020.71

5. Richard Aguilar Self-Directed IRA, A/C #69000196357, opened 6/15/01, wired funds to J. Scott Brown on 6/5/01 in the amount of $80,228.13

6. David and Diane Caldwell Custody, A/C #60001240351, opened 8/1/01, wired funds to J. Scott Brown on 8/22/01 in the amount of $9,945.47

7. Doug and Linda Givens: M. Houston has been assigned to follow up -- Loan contract and funds transmitted do not match

# EXHIBIT H-5

GENERAL LIFE INS COMPANY
1275 Sandusky Road
Jacksonville, IL 62650

BANK ONE, NA
Ohio

85-1544
440

CHECK DATE 05-24-2001
CHECK NO. 0000311745

CHECK AMOUNT
$1,506,574.16

PAY ONE MILLION, FIVE HUNDRED SIX THOUSAND, FIVE HUNDRED SEVENTY-FOUR AND 16/100 DOLLARS
VOID AFTER 90 DAYS

TO THE ORDER OF IRREVOCABLE LIFE INSURANCE TRUST OF
MARGARET N BOSSE
120 S CENTRAL STE 1500
ST LOUIS MO 63105

BY Michael E Conley

E Tom Hughes

⑈0000311745⑈ ⑆044115443⑆ 61296582 2⑈

---



Allegiant Banks    Allegiant Banks    Allegiant Banks

MISSOURI LAWYER TRUST ACCOUNT FUND
TRUST ACCOUNT OF MARTIN T. SIGILLITO
120 S. CENTRAL AVE., STE. 1500
CLAYTON, MO  63105

08-00    4-72/810
040407010

546

DATE May 31, 2001

PAY TO THE ORDER OF Martin T. Sigillito        $ 165,000.00

One Hundred Sixty five Thousand & 0/00        DOLLARS

Allegiant Bank

MEMO  BOSSE fee

⑆08100072⑆ 040400070101⑈ 0546

**Ck# 546 Paid 05/31/2001 for $165,000.00**

---



Allegiant Banks    Allegiant Banks    Allegiant Banks

MISSOURI LAWYER TRUST ACCOUNT FUND
TRUST ACCOUNT OF MARTIN T. SIGILLITO
120 S. CENTRAL AVE., FTE. 1500
CLAYTON, MO  63105

08-00    4-72/810
040407010

545

DATE May 31, 2001

PAY TO THE ORDER OF J. Scott Brown Associates        $ 1,335,000.00

One Million Three Hundred Thirty-five Thousand & 0/00        DOLLARS

Allegiant Bank
Clayton, Missouri

MEMO  BOSSE ILIT proceeds

⑆08100072⑆ 040400070101⑈ 0545 ⑆0133500000⑈

**Ck#545 Paid 06/04/2001 for $1,335,000.00**

# EXHIBIT H-5

# EXHIBIT H-6



WINIFRED M. LEONARD
311 SE HENRY  501-464-9392
BENTONVILLE, AR 72712

81-701/829
65256459

3382

DATE 2-7-01

PAY TO THE
ORDER OF  *Allegiant Bankcorp Inc*  $ 40,000

*Forty thousand and no cents*  DOLLARS

THE BANK
of Bentonville
PO BOX 1229 · MEMBER FDIC
BENTONVILLE, ARKANSAS 72712
HIGHLAND BANK GROUP

*Deferred*

MEMO  *investment*  *Winifred M Leonard*

⑈08 2907 0⑈ ⑈3382  652564599⑈

KEYSTONE

DEPOSIT TICKET

MISSOURI LAWYER TRUST ACCOUNT FUND  08-00  4-72/810
TRUST ACCOUNT OF MARTIN T. SIGILLITO  0404007010
120 S. CENTRAL AVE., STE. 1500
CLAYTON, MO  63105

✓  CASH ►

*Leonard* ►  40 000

DATE  2 | 9 | 01
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

OR TOTAL FROM OTHER SIDE
SUB TOTAL ►  40 000

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ►

Allegiant
Bank
Clayton, Missouri

★ LESS CASH
RECEIVED ►

$  40 000

⑈08 100072B⑈  0404007010⑈  10



Allegiant Banks  Allegiant Banks  Allegiant Banks

MISSOURI LAWYER TRUST ACCOUNT FUND  08-00  4-72/810
TRUST ACCOUNT OF MARTIN T. SIGILLITO  0404007010  512
120 S. CENTRAL AVE., STE. 1500
CLAYTON, MO. 63105

DATE 2/12/01

PAY TO THE
ORDER OF  *Reliant + Benefit Solutions LLC*  $ 3,200.00

*Three Thousand Two Hundred 00/no*  DOLLARS

Allegiant
Bank

*M. ....*

MEMO  *Loan 9*

⑈08 100078B⑈  0404007010⑈  0512  ⑈00003 20000⑈

Ck# 512 Paid 02/16/2001 for $3,200.00

# EXHIBIT H-7

**Check (top):**

ROBERT W GIVENS AND
DEBORAH A GIVENS TTEES
U/A DTD 12/9/97 FOR THE
GIVENS REVOCABLE TRUST
24302 LAKEVIEW LANE
LAKE FOREST, CA 92630

DAILY PASSPORT CASH TRUST

111

May 16 2001

Pay to the Order of MARTIN T. SIGILLITO $ 30,000.00

Thirty-thousand and no/100 ——————— Dollars

NOT VALID FOR LESS THAN $500.00

**Edward Jones**
State Street Bank
225 Franklin St.
Serving Individual Investors Since 1871 Boston, MA 02101

For Investment

Robert W Givens

⑈0110000 28⑈:111 2810727210 ⑈⑈669

**Deposit Ticket (middle):**

DEPOSIT TICKET 4-72/810

MISSOURI LAWYER TRUST ACCOUNT FUND &/OT
TRUST ACCOUNT OF MARTIN T. SIGILLITO
120 S. CENTRAL AVE., STE. 1500
CLAYTON, MO 63105

**Allegiant Bank** Clayton, Missouri

DATE 5/18/01

CURRENCY
COIN
CHECKS 1 R Givens 30,000

TOTAL FROM OTHER SIDE
OR ATTACHED LIST

$ 30,000

Checks and other items are received for deposit subject to the provisions of the Uniform Commercial Code or any applicable collection agreement.

⑈081000728⑈: 040400070 10⑈ 10

**Check 542 (bottom):**

Allegiant Banks Allegiant Banks Allegiant Banks

542

MISSOURI LAWYER TRUST ACCOUNT FUND 08-00 4-72/810
TRUST ACCOUNT OF MARTIN T. SIGILLITO 0404007010
120 S. CENTRAL AVE., STE. 1500
CLAYTON, MO 63105

DATE 5/18/01

PAY TO THE ORDER OF MARTIN T. SIGILLITO $ 2,400.—

Two Thousand four Hundred 00 no DOLLARS

**Allegiant Bank** Clayton, Missouri

MEMO R-Givens fee

⑈081000728⑈: 040400070 10⑈ 0542

Ck# 542 Paid 05/18/2001 for $2,400.00

# EXHIBIT H-8

Ck# 512 Paid 02/16/2001 for $3,200.00



Ck# 530 Paid 04/02/2001 for $2,800.00



Ck# 531 Paid 04/23/2001 for $4,000.00

**Allegiant Banks** **Allegiant Banks** **Allegiant Banks**

MISSOURI LAWYER TRUST ACCOUNT FUND
TRUST ACCOUNT OF MARTIN T. SIGILLITO
120 S. CENTRAL AVE, STE. 1500
CLAYTON, MO - 63105

542

DATE 5 18 01

PAY TO THE ORDER OF  MARTIN T. SIGILLITO        $ 2,400.00

Two Thousand Four Hundred 0 00/100        DOLLARS

**Allegiant Bank**
Clayton, Missouri

MEMO  R Given fee

⑆08100072811⑆ 04040070101⑆ 0542

Ck# 542 Paid 05/18/2001 for $2,400.00

---

**Allegiant Banks** **Allegiant Banks** **Allegiant Banks**

MISSOURI LAWYER TRUST ACCOUNT FUND
TRUST ACCOUNT OF MARTIN T. SIGILLITO
120 S. CENTRAL AVE, STE. 1500
CLAYTON, MO - 63105

546

DATE May 31 2001

PAY TO THE ORDER OF  MARTIN T. SIGILLITO        $ 165,000.00

One Hundred Sixty-five Thous 0 00/100        DOLLARS

**Allegiant Bank**
Missouri

MEMO  BASE fee

⑆08100072811⑆ 04040070101⑆ 0546

Ck# 546 Paid 05/31/2001 for $165,000.00

---

**Allegiant Banks** **Allegiant Banks** **Allegiant Banks**

MISSOURI LAWYER TRUST ACCOUNT FUND
TRUST ACCOUNT OF MARTIN T. SIGILLITO
120 S. CENTRAL AVE, STE. 1500
CLAYTON, MO - 63105

551

DATE 6 14 01

PAY TO THE ORDER OF  MARTIN T. SIGILLITO        $ 8,626.00

Eight Thousand Six Hund 0 Thirty-six 00/100        DOLLARS

**Allegiant Bank**
Clayton, Missouri

MEMO  Cuiarara fee

⑆08100072811⑆ 04040070101⑆ 0551

Ck#551 Paid 06/14/2001 for $8,626.00

# EXHIBIT H-9

Ck# 508 Paid 02/02/2001 for $3,500.00



Ck# 511 Paid 02/06/2001 for $1,576.32

Ck# 533 Paid 04/27/2001 for $5,000.00



Ck#555 Paid 07/03/2001 for $4,465.00

# EXHIBIT H-10



Member FDIC

```
MISSOURI LAWYER TRUST ACCOUNT FOUNDATION
TRUST ACCOUNT OF MARTIN T SIGILLITO
120 S CENTRAL AVE STE 1500
CLAYTON MO 63105
```

```
ASK ABOUT OUR NEW TOUCHDOWN SAVINGS/CHECKING ACCOUNT
PACKAGE. IT OFFERS FLEXABILITY AND HIGHER RATES!
```

```
40400 701 0      NOW ACCOUNT

Previous Balance      5-31-01    1,395,435.45
+Deposits/Credits         3       140,155.58
-Checks/Debits            8     1,452,385.96
-Service Charge                          .00
+Interest Paid                        126.04
Current Balance                    83,331.11
```

```
* - - - - - - - - - - - -DESCRIPTIVE TRANSACTIONS- - - - - - - - - - - *
Date      Tracer    Description                        Amount
6-04         1      CUSTOMER DEPOSIT                   2327.38
6-14        44      ADV FROM LN 364099              107828.20
6-28         1      CUSTOMER DEPOSIT                 30000.00
6-30       999      INTEREST PAYMENT                   126.04
```

```
* - - - - - - - - - - - - - - -EFT ACTIVITY- - - - - - - - - - - - - *
Date      Tracer    Description                        Amount
6-07      10607     MO LAWYER TRUST  IOLTA            118.45-
```

```
* - - - - - - - - - - - - - -CHECKS PAID- - - - - - - - - - - - - - *
No.    Date       Amount        No.    Date       Amount
545    6-04    1335000.00       550    6-05       5000.00
547*   6-08       1310.65       551    6-14       8626.00
548    6-20       1458.33       552    6-18      99202.20
549    6-05       1670.33
```

```
* - - - - - - - - - - - - -INTEREST SUMMARY- - - - - - - - - - - - - *
Interest Earned From  5/31/01 To  6/30/01
Days in Period                                         30
Interest Earned                                    126.04
Annual Percentage Yield Earned                        .62
Interest Paid this Year                            281.63
Interest Withheld this Year                           .00
```

```
* - - - - - - - - - - - -INTEREST RATE SUMMARY- - - - - - - - - - - *
Date     Rate        Date     Rate        Date     Rate
5-31     .660        6-05     .500
```

```
* - - - - - - - - - - - -DAILY BALANCE SUMMARY- - - - - - - - - - - *
Date     Balance       Date     Balance       Date     Balance
5-31  1395435.45       6-04    62762.83       6-05    56092.50
6-07    55974.05       6-08    54663.40       6-14   153865.60
6-18    54663.40       6-20    53205.07       6-28    83205.07
6-30    83331.11
```

MS - 01823

MISSOURI LAWYER TRUST ACCOUNT FUND
TRUST ACCOUNT OF MARTIN T. SIGILLITO
120 S. CENTRAL AVE., STE. 1500
CLAYTON, MO. 63105

551

DATE 6/14/01

PAY TO THE
ORDER OF MARTIN T. SIGILLITO                    $ 8,626.00

Eight Thousand Six Hundred Twenty-six 0/100 DOLLARS

**Allegiant Bank**

MEMO Cwiacaca fee

⑆081000728⑆ 0404007010⑈ 0551

Ck#551 Paid 06/14/2001 for $8,626.00

# EXHIBIT H-11

Check #519:
- Allegiant Banks (repeated across top)
- MISSOURI LAWYER TRUST ACCOUNT FUND
- TRUST ACCOUNT OF MARTIN T. SIGILLITO
- 120 S. CENTRAL AVE., STE. 1500
- CLAYTON, MO. 63105
- 519
- DATE 2/2/01
- PAY TO THE ORDER OF _____ $1,670.33
- One Thousand Six Hundred Seventy 33/100 DOLLARS
- MEMO: Margenthau · Price
- ⑆08 1000 28⑆ 04040070 10⑈ 0519



Check #549:
- Allegiant Banks (repeated across top)
- MISSOURI LAWYER TRUST ACCOUNT FUND
- TRUST ACCOUNT OF MARTIN T. SIGILLITO
- 120 S. CENTRAL AVE., STE. 1500
- CLAYTON, MO. 63105
- 549
- DATE 5/31/01
- PAY TO THE ORDER OF _____ $1,670.33
- One Thousand Six Hundred Sixty 33/100 DOLLARS
- MEMO: Price Ind
- ⑆08 1000 28⑆ 04040070 10⑈ 0549

Ck#549 Paid 06/05/2001 for $1,670.33

# EXHIBIT H-12



Member FDIC

Page 1
4-30-01
Account #    404007010
ENCL CR    2
ENCL DR    6

```
MISSOURI LAWYER TRUST ACCOUNT FUND
TRUST ACCOUNT OF MARTIN T SIGILLITO
120 S CENTRAL AVE STE 1500
CLAYTON MO 63105
```

ON JUNE 5 THE RATE & APY OF THE ACCESS MMDA WILL TIER
BASED UPON DAILY BALANCE - CALL 314-692-8800 FOR INFO.

40400 701 0    NOW ACCOUNT

```
Previous Balance       3-31-01        7,081.81
+Deposits/Credits            5      142,503.65
-Checks/Debits               8       89,880.89
-Service Charge                           .00
+Interest Paid                          11.79
Current Balance                      59,716.36
```

\* - - - - - - - - - - - - -DESCRIPTIVE TRANSACTIONS- - - - - - - - - - - - - \*

| Date | Tracer | Description | Amount |
|------|--------|-------------|--------|
| 4-02 | 1 | CUSTOMER DEPOSIT | 35000.00 |
| 4-17 | 8 | WIRE J SCOTT BROWN ASSOC-PRICE /MGM | 1670.33 |
| 4-20 | 1 | CUSTOMER DEPOSIT | 50000.00 |
| 4-26 | 61 | NOEL BOSSE-FC MARGETRETT BOSSE | 50000.00 |
| 4-27 | 14 | WIRE MARK GILBER MORSE | 5833.32 |
| 4-30 | 999 | INTEREST PAYMENT | 11.79 |

\* - - - - - - - - - - - - - - -EFT ACTIVITY- - - - - - - - - - - - - - - \*

| Date | Tracer | Description | Amount |
|------|--------|-------------|--------|
| 4-05 | 10405 | MO LAWYER TRUST-IOLTA | 10.56 |
| 4-18 | 61 | TRANSFER TO TRUST CLEARING ACCT # 0404002138 PER MS | 1670.33- |

\* - - - - - - - - - - - - - - -CHECKS PAID- - - - - - - - - - - - - - \*

| No. | Date | Amount | No. | Date | Amount |
|-----|------|--------|-----|------|--------|
| 529 | 4-05 | 29400.00 | 532 | 4-26 | 42000.00 |
| 530 | 4-02 | 2800.00 | 533 | 4-27 | 5000.00 |
| 531 | 4-23 | 4000.00 | 535* | 4-30 | 5000.00 |

\* - - - - - - - - - - - - - -INTEREST SUMMARY- - - - - - - - - - - - - \*

```
Interest Earned From  3/31/01 To  4/30/01
Days in Period                                    30
Interest Earned                                11.79
Annual Percentage Yield Earned                   .66
Interest Paid this Year                        37.14
Interest Withheld this Year                      .00
```

\* - - - - - - - - - - - - -INTEREST RATE SUMMARY- - - - - - - - - - - \*

| Date | Rate | Date | Rate | Date | Rate |
|------|------|------|------|------|------|
| 3-31 | .660 | | | | |

\* - - - - - - - - - - - - -DAILY BALANCE SUMMARY- - - - - - - - - - - \*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3-31 | 7081.81 | 4-02 | 39281.81 | 4-05 | 9871.25 |
| 4-17 | 11541.58 | 4-18 | 9871.25 | 4-20 | 59871.25 |
| 4-23 | 55871.25 | 4-26 | 63871.25 | 4-27 | 64704.57 |

Continued on Next Page

MS - 02533

# EXHIBIT H-13

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723
OVERLAND PARK, KS 66225

83-502/1010
0013145

1423

DATE 4 May 2001

PAY TO THE ORDER OF _Martin T Sigillito_ $ 4,537 22

_Four Thousand Five Hundred Thirty Seven and 22/100_ DOLLARS

BANK OF
BLUE VALLEY
11985 Riley
P.O. Box 26128
Overland Park, KS 66225
www.BankBV.com

MEMO _Womach, BL - consult_

⑈101005027⑈ 001 314 5⑈ 1423

---

DEPOSIT TICKET                4-72/810

MARTIN SIGILLITO, ATTORNEY AT LAW
120 S CENTRAL AVE., STE. 1500
ST. LOUIS, MO 63105
314-725-9100

Allegiant Bank
Clayton, Missouri

DATE May 4, 2001

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

| | | DOLLARS | CENTS |
|---|---|---|---|
| CURRENCY | | | |
| COIN | | | |
| CHECKS LIST EACH SEPARATELY | 1 | JSB Womach 4,537 | 22 |
| | 2 | | |
| | 3 | | |
| | 4 | | |
| | 5 | | |
| | 6 | | |
| | 7 | | |
| | 8 | | |
| | 9 | | |
| | 10 | | |
| | 11 | | |
| | 12 | | |
| | 13 | | |
| | 14 | | |
| | 15 | | |
| | 16 | | |
| | 17 | | |
| | 18 | | |
| | 19 | | |
| | 20 | | |
| | 21 | | |
| | 22 | | |
| | 23 | | |
| | 24 | | |
| | 25 | | |
| | 26 | | |
| | 27 | | |
| | 28 | | |
| TOTAL FROM OTHER SIDE OR ATTACHED LIST | | 4,537 | 22 |

Checks and other items are received for deposit subject to the provisions of the Uniform Commercial Code or any applicable collection agreement.

$ 4 5 3 7.22

⑈081000728⑈ 0404007544⑈ 10

MS - 01834

MS - 01835

# EXHIBIT H-14

J. SCOTT BROWN ASSOCIATES
P.O. BOX 26723
OVERLAND PARK, KS 66225

83-502/1010
0013145

1439

DATE 18 May 01

PAY TO THE
ORDER OF M T Sigillito                    $ 4160 00

Four Thousand One Hundred Sixty and no/100                    DOLLARS

BANK OF
BLUE VALLEY
11935 Riley
P.O. Box 26128
Overland Park, KS 66225
www.BankBV.com

MEMO Ouichala - Consulting

J Scott Brown

MP

⑆101005027⑆ 001 814 5⑆ 1439

---

DEPOSIT TICKET    4-72/810

MARTIN SIGILLITO, ATTORNEY AT LAW
314-725-9100
120 S CENTRAL AVE., STE. 1500
ST. LOUIS, MO 63105

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

Allegiant Bank
Clayton, Missouri

DATE 21 May 01

| | | DOLLARS | CENTS |
|---|---|---|---|
| CURRENCY | | | |
| COIN | | | |
| CHECKS LIST EACH SEPARATELY | 1 JSBA Consulting | 4,160 | |
| | 2 | | |
| | 3 | | |
| | 4 | | |
| | 5 | | |
| | 6 | | |
| | 7 | | |
| | 8 | | |
| | 9 | | |
| | 10 | | |
| | 11 | | |
| | 12 | | |
| | 13 | | |
| | 14 | | |
| | 15 | | |
| | 16 | | |
| | 17 | | |
| | 18 | | |
| | 19 | | |
| | 20 | | |
| | 21 | | |
| | 22 | | |
| | 23 | | |
| | 24 | | |
| | 25 | | |
| | 26 | | |
| | 27 | | |
| | 28 | | |
| TOTAL FROM OTHER SIDE OR ATTACHED LIST | | 4,160 | |

Checks and other items are received for deposit subject to the provisions of the Uniform Commercial Code or any applicable collection agreement.

$            4160.—

⑆081000728⑆ 040400 7544⑈ 10

MS - 01821

# EXHIBIT H-15

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723
OVERLAND PARK, KS 66225

83-502/1010
0013145

1351

DATE *30 Dec 2000*

PAY TO THE
ORDER OF *Merton T Gazillets* $ *24,000 ⁰⁰*

*Twenty Four Thousand dans no/100* DOLLARS

BANK OF
**BLUE VALLEY**

11955 Riley, Overland Park
1234 E. Santa Fe, Olathe
P.O. Box 26128
Overland Park, KS 66225
(913) 338-1000 / (913) 764-2355

MEMO *agents fees - Givens/Smith*

*J Scott Brown*

MP

⑆101005027⑆ 001 314 5⑈ 1351

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723
OVERLAND PARK, KS 66225

83-502/1010
0013145

1352

DATE 30 Dec 2000

PAY TO THE
ORDER OF _Martin T. Segiletto_    $ 24,000 ⁰⁰

_Twenty Four Thousand and no/100_ DOLLARS

Security features
Included.
Details on back.

BANK OF
**BLUE VALLEY**

11935 Riley, Overland Park
1234 E. Santa Fe, Olathe
P.O. Box 26128
Overland Park, KS 66225
(913) 338-1000 / (913) 764-2355

MEMO _Consulting – Owens/Smith_

⑈101005027⑈ 001 314 5⑈ 1352



**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723
OVERLAND PARK, KS 66225

83-502/1010
0013145

1364

DATE _12 Jan 01_

PAY TO THE
ORDER OF _Martin T. Sizillito_ _____ $ 5,600.00

_Five Thousand Six Hundred and no/100_ _____ DOLLARS

BANK OF
BLUE VALLEY

11935 Riley, Overland Park
1234 E. Santa Fe, Olathe
P.O. Box 26128
Overland Park, KS 66225
(913) 338-1000 / (913) 764-2355

MEMO _Givens, L – IRA – 70K – agents fee_

_J Scott Brown_

MP

⑈101005027⑈ 001 314 5⑈ 1364

---

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723
OVERLAND PARK, KS 66225

83-502/1010
0013145

1363

DATE _12 Jan 01_

PAY TO THE
ORDER OF _Martin T. Sizillito_ _____ $ 5,600.00

_Five Thousand Six Hundred and no/100_ _____ DOLLARS

BANK OF
BLUE VALLEY

11935 Riley, Overland Park
1234 E. Santa Fe, Olathe
P.O. Box 26128
Overland Park, KS 66225
(913) 338-1000 / (913) 764-2355

MEMO _Givens, L – IRA – 70K – consulting_

_J Scott Brown_

MP

⑈101005027⑈ 001 314 5⑈ 1363

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723
OVERLAND PARK, KS 66225

83-502/1010
0013145

1366

DATE _18 Jan 01_

PAY TO THE
ORDER OF _Martin T Sizillito_     $ _11,200⁰⁰_

_Eleven Thousand Two Hundred and no/100_    DOLLARS

BANK OF
**BLUE VALLEY**
11935 Riley, Overland Park
1234 E. Santa Fe, Olathe
P.O. Box 26128
Overland Park, KS 66225
(913) 338-1000 / (913) 764-2355

MEMO _Lavender - consulting fee_

⑈101005027⑈ 001 314 5⑈ 1366

MP

Security features
included.
Details on back.

EXCLUSIVE SLATE

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723
OVERLAND PARK, KS 66225

83-502/1010
0013145

1365

DATE *16 Jan 01*

PAY TO THE
ORDER OF *Martin T. Skillets* $ *8,533 33*

*Eight Thousand Five Hundred Thirty, Three and 33/100* DOLLARS

Security features
Included.
Details on back.

BANK OF
**BLUE VALLEY**

11935 Riley, Overland Park
1234 E. Santa Fe, Olathe
P.O. Box 26128
Overland Park, KS 66225
(913) 338-1000 / (913) 764-2355

MEMO *Volkmar-MGM-consulting*

*J Scott Brown*

MP

⑆101005027⑆ 001 314 5⑈ 1365

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723
OVERLAND PARK, KS 66225

83-502/1010
0013145

1341

DATE *6 Dec 2000*

PAY TO THE
ORDER OF *Martin T Sizillito*     $ *163.30*

*One Hundred Sixty Three and 30/100*     DOLLARS

**BANK OF BLUE VALLEY**

11935 Riley, Overland Park
1234 E. Santa Fe, Olathe
P.O. Box 26128
Overland Park, KS 66225
(913) 338-1000 / (913) 764-2355

MEMO *1/3 share Blaylock*

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723
OVERLAND PARK, KS 66225

83-502/1010
0013145

1349

DATE 29 Dec 00

PAY TO THE
ORDER OF _Martin T Sizillits_ $ 5600 00

_Five Thousend Six Hundred and no/100_ DOLLARS

Security features
included.
Details on back.

BANK OF
BLUE VALLEY

11955 Riley, Overland Park
1234 E. Santa Fe, Olathe
P.O. Box 26128
Overland Park, KS 66225
(913) 938-1400 / (913) 764-2355

MEMO _Withering — consulting_

MP

⑈101005027⑈ 001 314 5⑈ 4349

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723
OVERLAND PARK, KS 66225

83-502/1010
0013145

1348

DATE 29 Dec 00

PAY TO THE
ORDER OF Martin T Sizillito $5,600.00

Five Thousand Six Hundred and no/100 DOLLARS

BANK OF
BLUE VALLEY

11935 Riley, Overland Park
1234 E. Santa Fe, Olathe
P.O. Box 26128
Overland Park, KS 66225
(913) 588-1000 / (913) 764-2355

MEMO Withdrawing fees to agent

Scott Brown

⑈ 1010 0502 7⑆ 001 314 5⑈ 1348

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723
OVERLAND PARK, KS 66225

83-502/1010
0013145

1356

DATE 2 Jan 2001

PAY TO THE
ORDER OF Martin T Sigillito                    $ 1680 38

One Thousand Six Hundred Eighty and 38/100                    DOLLARS

BANK OF
BLUE VALLEY

11935 Riley, Overland Park
1234 E. Santa Fe, Olathe
P.O. Box 26128
Overland Park, KS 66225
(913) 000-0000 (000) 764-2355

MEMO Sl166 - consulting fees

⑈101005027⑈ 001 314 5⑈ 1356

**MISSOURI LAWYER TRUST ACCOUNT FUND**
**TRUST ACCOUNT OF MARTIN T. SIGILLITO**
120 S. CENTRAL AVE., STE. 1500
CLAYTON, MO 63105

08-00  4-72/810
0404007010

505

DATE 12/30/00

PAY TO THE
ORDER OF  Martin T. Sigillito                    $500.00

Nine Hundred and No/00                    DOLLARS

**Allegiant**
**Bank**
Clayton, Missouri

MEMO  BOSIE.

⑈081000728⑈ 0404007010⑈ 0505

# EXHIBIT H-16



**LOAN STATEMENT**

2122 Kratky Rd., St. Louis, MO 63114 (314) 692-8200

HOME EQUITY LOANS

| ACCOUNT NUMBER | PAYMENT DUE DATE | MINIMUM PAYMENT DUE |
|---|---|---|
| 309757367 | 10-13-01 | 882.70 |

DOUGLAS R GIVENS
AND LINDA W GIVENS
5029 COUNTY CLUB DR
HIGH RIDGE MO 63049

AMOUNT ENCLOSED

$ _882.70_

| ACCOUNT NUMBER | PAYMENT DUE DATE |
|---|---|
| 309757367 | 10-13-01 |

ANNUAL PERCENTAGE RATE MAY VARY

*---------------SUMMARY AND PAYMENT INFORMATION---------------*

```
PREVIOUS BALANCE - 00-00-00        PAID              .00
LOANS AND DEBITS                            139,125.00
PAYMENTS AND CREDITS       CEDAR VIEW FARMS        .00
*INTEREST FINANCE CHARGE*   Date Received: 10/3/01  47.95
LATE CHARGE                                         .00
MISCELLANEOUS CHARGES       Check Number: 1004      .00
NEW BALANCE                                  139,172.95
                            Date Paid: 10/4/01
PAST DUE PAYMENTS                                   .00
MINIMUM PAYMENT DUE                             882.70
 -INCLUDING PAST DUE PAYMENTS

CLOSING DATE OF BILLING CYCLE                9-28-01
CREDIT LINE AMOUNT                          150,900.00
AVAILABLE CREDIT                             11,775.00
```

*---------------ACTIVITY SINCE LAST STATEMENT---------------*

| POSTING DATE | EFF DATE | DESCRIPTION | NBR | AMOUNT |
|---|---|---|---|---|
| 9-27 | 9-25 | ADVANCE | | 900.00 |
| 9-27 | 9-25 | -CLOSING COSTS | | 250.00 |
| 9-27 | 9-25 | -CLOSING COSTS | | 18.00 |
| 9-27 | 9-25 | -CLOSING COSTS | | 600.00 |
| 9-27 | 9-25 | -CLOSING COSTS | | 32.00 |
| 9-27 | 9-27 | ADVANCE TRSF TO 0404007010 | | 100,000.00 |

CBS-109                    Richard Aguilar et. al. 346661   SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# EXHIBIT H-17

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723
OVERLAND PARK, KS 66225

83-502/1010
0013145

1631

DATE *30 Sep 02*

PAY TO THE
ORDER OF *Allegiant Bank* $ *103,000*

*One Hundred Thousand and no/100* DOLLARS

BANK OF
**BLUE VALLEY**

11935 Riley
P.O. Box 26126
Overland Park, KS 66225
(913) 338-1000/Fax (913) 338-2801
www.BankBV.com

MEMO *Gwens D.*

⑆ 110 100 50 ⑆ 001 314 5 ⑈ 1631

# EXHIBIT H-18

After Allegiant Bank ousted Sigillito, Allegiant accepted over twenty-seven payments in fiduciary funds from Scott Brown for interest payments on the Doug and Linda Givens loan (Loan No. 364099). Many of the check memos states: "Interest on Note Number 364099."

| | | | | | |
|---|---|---|---|---|---|
| Check #1030 | 10-10-01 | $1781.66 | Check #1218 | 6-09-03 | $578.44 |
| Check #1043 | 11-03-01 | $693.69 | Check #1228 | 7-23-03 | $485.78 |
| Check #1081 | 2-20-02 | $1272.12 | Check #1229 | 8-04-03 | $219.35 |
| Check #1090 | 4-03-02 | $664.49 | Check #1233 | 8-13-03 | $354.33 |
| Check #1101 | 5-13-02 | $664.32 | Check #1236 | 9-18-03 | $354.34 |
| Check #1126 | 8-08-02 | $1297.13 | Check #1245 | 10-20-03 | $342.89 |
| Check #1126 | 10-22-02 | $1272.12 | Check #1249 | 11-19-03 | $354.32 |
| Check #1129 | 11-12-02 | $646.48 | Check #1252 | 12-12-03 | $342.89 |
| Check #1133 | 12-06-02 | $584.78 | Check #1256 | 1-16-04 | $354.32 |
| Check #1137 | 1-14-03 | $578.44 | Check #1262 | 2-12-04 | $354.32 |
| Check #1141 | 2-04-03 | $578.44 | Check #1268 | 3-22-04 | $331.46 |
| Check #1206 | 3-10-03 | $522.45 | Check #1269 | 4-27-04 | $354.32 |
| Check #1208 | 4-09-03 | $578.44 | Check #1276 | 5-25-04 | $342.89 |
| Check #1213 | 5-07-03 | $559.78 | | | |

**J. SCOTT BROWN ASSOCIATES**
PO BOX 26723
SHAWNEE MISSION, KS 66225
PH: 913-469-9786

1126

DATE 10/17/02

PAY TO THE ORDER OF *Allegiant Bank*

$ 1272.12

*One thousand two hundred seventy-two and 12/100* ———— DOLLARS

BLUE VALLEY

MEMO *Note # 364099-01 S:M Cwiakala*

Michael E. Lawton

⑈001126⑈ ⑇101005027⑇ 003 434 7⑈ ⑇00001272121⑇

**10/22/02          1126          1272.12**

---

**J. SCOTT BROWN ASSOCIATES**
PO BOX 26723
SHAWNEE MISSION, KS 66225
PH: 913-469-9786

1129

DATE 11/5/02

PAY TO THE ORDER OF *Allegiant Bank*

$ 646.48

*Six hundred forty-six and 48/100* ———— DOLLARS

BLUE VALLEY

SM Cwiakala Living Trust
MEMO *Note Number 364099-01*

Michael C. Lawton

⑈001129⑈ ⑇101005027⑇ 003 434 7⑈ ⑇00000064648⑇

**11/12/02          1129          646.48**

---

**J. SCOTT BROWN ASSOCIATES**
PO BOX 26723
SHAWNEE MISSION, KS 66225
PH: 913-469-9786

1133

DATE 12/3/02

PAY TO THE ORDER OF *Allegiant Bank*

$ 584.78

*Five hundred eighty-four and 78/100* ———— DOLLARS

BLUE VALLEY

SM Cwiakala Living Trust
MEMO *Note Number 364099*

Michael E. Lawton

⑈001133⑈ ⑇101005027⑇ 003 434 7⑈ ⑇00000584787⑇

**12/06/02          1133          584.78**

**J. SCOTT BROWN ASSOCIATES**
PO BOX 26723
SHAWNEE MISSION, KS 66225
PH: 913-469-9786

1137

DATE 1/10/03

PAY TO THE ORDER OF *Allegiant Bank* | $ 578.44

*Five hundred seventy-eight and 44/100* ———————— DOLLARS

BLUE VALLEY
17895 Way, Overland Park
PO Box 25916
Overland Park, KS 66225
(913) 345-1000

MEMO *Note No. 364099*

Michael E. Lawton

⑆001137⑆ ⑈101005027⑈ 003 434 7⑆ ⑆00000057844⑆

1/14/03          1137          578.44

---

**J. SCOTT BROWN ASSOCIATES**
PO BOX 26723
SHAWNEE MISSION, KS 66225
PH: 913-469-9786

1141

DATE 1/30/03

PAY TO THE ORDER OF *Allegiant Bank* | $ 578.44

*Five hundred seventy-eight and 44/100* ———————— DOLLARS

BLUE VALLEY
17895 Way, Overland Park
PO Box 25916
Overland Park, KS 66225
(913) 345-1000

MEMO *Note # 364099*

Michael E. Lawton

⑆001141⑆ ⑈101005027⑈ 003 434 7⑆ ⑆00000057844⑆

2/04/03          1141          578.44

---

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723   PH: 913-469-9786
SHAWNEE MISSION, KS 66225

1206

DATE 3/7/03

PAY TO THE ORDER OF *Allegiant Bank* | $ 522.45

*Five hundred twenty-two and 45/100* ———————— DOLLARS

BLUE VALLEY

FOR *Note Number 364099*

Michael E. Lawton

⑆001206⑆ ⑈101005027⑈ 003 434 7⑆ ⑆00000052245⑆

3/10/03          1206          522.45

**J. SCOTT BROWN ASSOCIATES**
PO BOX 26723
SHAWNEE MISSION, KS 66225
PH: 913-469-9766

1141

DATE 1/30/03

PAY TO THE ORDER OF *Allegiant Bank* | $ 578.44

*Five hundred seventy-eight and 44/100* DOLLARS

BLUE VALLEY
13098 Metcalf, Overland Park
P.O. Box 25725
Overland Park, KS 66225

Note # 364099
MEMO

Michael E Lawton

⑈001141⑈ ⑆101005027⑆ 003 434 7⑈ ⑈0000057844⑈

2/04/03          1141          578.44

---

1213

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723  PH: 913-469-9766
SHAWNEE MISSION, KS 66225

DATE 5/2/03

PAY TO THE ORDER OF *Allegiant Bank* | $ 559.78

*Five hundred fifty-nine and 78/100* DOLLARS

BLUE VALLEY

FOR Note # 364099

Michael E Lawton

⑈001213⑈ ⑆101005027⑆ 003 434 7⑈ ⑈0000055978⑈

5/07/03          1213          559.78

---

1218

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723  PH: 913-469-9766
SHAWNEE MISSION, KS 66225

DATE 6/4/03

PAY TO THE ORDER OF *Allegiant Bank* | $ 578.44

*Five hundred seventy-eight and 44/100* DOLLARS

BLUE VALLEY

FOR Note number 364099

Michael E Lawton

⑈001218⑈ ⑆101005027⑆ 003 434 7⑈ ⑈0000057844⑈

6/09/03          1218          578.44

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723  PH. 913-498-6760
SHAWNEE MISSION, KS  66225

1228

DATE 7/8/03

PAY TO THE ORDER OF _Allegiant Bank_  $485.78

Four hundred eighty-five and 78/100 DOLLARS

BLUE VALLEY

FOR _Loan # 364099_          Michael E. Lawton

⑈001228⑈ ⑆101005027⑆ 003 434 7⑈          /0000048578/

7/23/03        1228        485.78

---



**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723  PH. 913-498-6760
SHAWNEE MISSION, KS  66225

1229

DATE 7/30/03

PAY TO THE ORDER OF _Allegiant Bank_  $219.35

Two hundred nineteen and 35/100 DOLLARS

BLUE VALLEY

FOR _Interest on Note Number 364099_          Michael E. Lawton

⑈001229⑈ ⑆101005027⑆ 003 434 7⑈          /00000 21935/

8/04/03        1229        219.35

---



**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 26723  PH. 913-498-6760
SHAWNEE MISSION, KS  66225

1233

DATE 8/7/03

PAY TO THE ORDER OF _Allegiant Bank_  $354.33

Three hundred fifty-four and 33/100 DOLLARS

BLUE VALLEY

FOR _Loan # 364099_          Michael E. Lawton

⑈001233⑈ ⑆101005027⑆ 003 434 7⑈          /00000 35433/

8/13/03        1233        354.33

**1236**

J. SCOTT BROWN ASSOCIATES
P.O. BOX 26723   PH. 913-469-9766
SHAWNEE MISSION, KS  66225

DATE 9/15/03

PAY TO THE ORDER OF _Allegiant Bank_        | $ 354.37

_Three hundred fifty ten and 37/100_        DOLLARS

BLUE VALLEY

FOR # 364099        Michael E. Lewiston

⑈001236⑈ ⑉101005027⑉ 003 434 7⑈        /0000035434/

9/18/03        1236        354.34

---

**1245**

J. SCOTT BROWN ASSOCIATES
P.O. BOX 26723   PH. 913-469-9766
SHAWNEE MISSION, KS  66225

DATE 10/15/03

PAY TO THE ORDER OF _Allegiant Bank_        | $ 342.89

_Three hundred forty two and 89/100_        DOLLARS

BLUE VALLEY

FOR Note No. 364099        Michael E. Lewiston

⑈001245⑈ ⑉101005027⑉ 003 434 7⑈        /0000034289/

10/20/03        1245        342.89

---

**1249**

J. SCOTT BROWN ASSOCIATES
P.O. BOX 26723   PH. 913-469-9766
SHAWNEE MISSION, KS  66225

DATE 11/19/03

PAY TO THE ORDER OF _Allegiant Bank_        | $ 354.32

_Three hundred fifty four and 32/100_        DOLLARS

BLUE VALLEY

FOR Note No. 364099   S:M Columbia La Ln Tr.        Michael E. Lewiston

⑈001249⑈ ⑉101005027⑉ 003 434 7⑈        /0000035432/

11/19/03        1249        354.32

12/12/03          1252          342.89



1/16/04          1256          354.32



2/12/04          1262          354.32

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 29723  PH. 913-469-9788
SHAWNEE MISSION, KS  66223

1268

DATE 3/17/04

PAY TO THE ORDER OF Allegiant Bank $331.46

Three hundred thirty-one and 46/100 DOLLARS

BLUE VALLEY

FOR Note Number 364099

Michael E. Lawton

⑈0012680⑈ ⑆101005027⑆ 003 434 7⑈        ⑈00000331460⑈

3/22/04          1268          331.46

---

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 29723  PH. 913-469-9788
SHAWNEE MISSION, KS  66223

1269

DATE 4/19/04

PAY TO THE ORDER OF Allegiant Bank $354.32

Three hundred fifty-four and 32/100 DOLLARS

BLUE VALLEY

FOR Note No. 364099

Michael E. Lawton

⑈0012690⑈ ⑆101005027⑆ 003 434 7⑈        ⑈00000354320⑈

4/27/04          1269          354.32

---

**J. SCOTT BROWN ASSOCIATES**
P.O. BOX 29723  PH. 913-469-9788
SHAWNEE MISSION, KS  66223

1276

DATE 5/21/04

PAY TO THE ORDER OF Allegiant Bank $342.89

Three hundred forty-two and 89/100 DOLLARS

BLUE VALLEY

FOR Note Number 364099

Michael E. Lawton

⑈0012760⑈ ⑆101005027⑆ 003 434 7⑈        ⑈00000342890⑈

5/25/04          1276          342.89